ORIGINAL

Name and address
Judith Rochlin SBN 068592
10801 National Blvd. #601
L.A. CALIF. 90034
Tele: 310 473-6208  EMAIL JudyRochlin@aol.com
FAX: 310 235-1101

___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
DEC 21 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America
Plaintiff(s)

v.

Tracey Truong
Defendant(s).

CASE NUMBER
CR 05-1112-GHK

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

Tracey Truong
Name of Party

☐ Plaintiff  ☒ Defendant  ☐ Other _____

to substitute  Judith Rochlin  who is

☐ Retained Counsel  ☒ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

10801 National Bl. Ste. 601
Street Address

L.A., CALIF. 90034         JudyRochlin@aol.com
City, State, Zip            E-Mail Address

310 473-6208    310 235-1101    068592
Telephone Number   Fax Number      State Bar Number

as attorney of record in place and stead of  Darlene Ricker
                                              Present Attorney

is hereby  ☒ GRANTED     ☐ DENIED

Dated  12/21/06

_____
U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
DEC 26 2006
BY _____
171

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)      ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY